IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EMPIRE BUCKET, INC.,

    Plaintiff,

v.

CONTRACTORS CARGO COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-233-wmc

    This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been considered and tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing defendant's fourth counterclaim and awarding plaintiff Empire Bucket, Inc., the amount of $315,868.00 in damages against defendant Contractors Cargo Company for breach of contract, together with interest in the amount of $21,057.87.

Approved as to form this _11th_ day of June, 2013.

_____
William M. Conley, District Judge

_____      _6/11/13_
Peter Oppeneer, Clerk of Court                      Date