UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EMPIRE BUCKET, INC.

      Plaintiff,

v.                                                                   Case No. 3:12-CV-00233-wmc

CONTRACTOR CARGO COMPANY,

      Defendant

---

### AMENDED JUDGMENT

---

On June 11, 2013, judgment was entered in the above matter in the amount of $315,868.00 in damages together with interest in the amount of $21,057.87. (Document # 130).

Costs were thereafter taxed on July 10, 2013 in the amount of $9,166.23. (Document #145).

WHEREFORE, IT IS ORDERED AND ADJUDGED that an amended judgment is entered in the total amount of $346,092.10.

Approved as to form this 20th day of May 2014.

_____
William M. Conley, District Judge

_____                              5/20/14
Peter Oppeneer, Clerk of Court                                              Date